# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

| | § | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BUILD BAYTOWN I, LLC, | § | CASE NO: 24-30748-SHB |
| | § | |
| Debtor. | § | Chapter 11 |

## NOTICE OF APPEAL

Notice is hereby given that The City of Baytown, creditor and party-in-interest, hereby appeals to the Bankruptcy Appellate Panel for the United States Court of Appeals for the Sixth Circuit from the Judgment of the United States Bankruptcy Court for the Eastern District of Tennessee entered on November 21, 2024 by the Honorable Suzanne H. Banknight [Doc. 118].

DATED:  December 4, 2024

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Ryan A. Burgett
    Ryan A. Burgett
    Tennessee Bar No. 33641
    736 Georgia Avenue, Suite 300
    Chattanooga, Tennessee 37402
    Tel: (423) 266-5500
    Fax: (423) 266-5499
    Ryan.Burgett@huschblackwell.com

    Lynn Hamilton Butler
    State Bar No. 3527350 (Admitted *pro hac vice*)
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701
    (512) 472-5456
    (512) 479-1101 Facsimile
    Lynn.Butler@huschblackwell.com

    ATTORNEYS FOR THE CITY OF BAYTOWN

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of December 2024, a true and exact copy of this document, has been filed and served by operation of the Court's electronic filing system upon all parties via the CM/ECF Service list set out below.

/s/ Ryan A. Burgett
Ryan A. Burgett

| | | |
|---|---|---|
| **Build Baytown I, LLC**<br>P.O. Box 950<br>Lenoir City, TN 37771<br>Tax ID / EIN: 88-1874869<br>*Added: 05/02/2024*<br>*(Debtor)* | represented by | **Thomas Lynn Tarpy**<br>Tarpy, Cox, Fleishman & Leveille, PLLC<br>1111 Northshore Drive<br>Landmark Tower North<br>Suite N-290<br>Knoxville, TN 37919<br>(865) 588-1096<br>(865) 588-1171 (fax)<br>ltarpy@tcflattorneys.com<br>*Assigned: 05/02/24* |
| **United States Trustee**<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902<br>Ustpregion08.kx.ecf@usdoj.gov<br>*Added: 05/02/2024*<br>*(U.S. Trustee)* | represented by | **Tiffany A. Diiorio**<br>United States Trustee<br>800 Market St<br>Suite 114<br>Knoxville, TN 37902<br>865-545-4324<br>Tiffany.Diiorio@usdoj.gov<br>*Assigned: 05/06/24* |